# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>vs.<br><br>OTA Franchise Corporation, et al.<br><br>Defendants. | Case No. 20-cv-00287-JVS-KES<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO SEAL PORTIONS OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND DECLARATION OF CONNOR GEIRAN |



## PROPOSED ORDER

Applicant Universal Guardian Acceptance LLC (UGA) applied to the Court for an order sealing documents disclosing UGA's confidential information. The Court finds that compelling reasons exist to seal the confidential portions of the following documents:

A.  As to Plaintiff's Memorandum in Support of its Motion for a Temporary Restraining Order:

1. **The percentage on page 24, line 10, after "very few";**
2. **The phrase on page 24, line 11, after "a large proportion";**

-1-

3. The percentage on page 24, line 27, after "shows that";

4. The percentage on page 25, line 02, after "more than".

B. As to the Declaration of Connor Gieran in Support of Plaintiff's Motion for a Temporary Restraining Order:

5. The number on page 4, line 16 after "were";

6. The percentage on page 4, line 17, before "of the loans";

7. The number on page 4, line 24, after "There were";

8. The percentage on page 4, line 25, after "That is";

9. The number on page 5, line 06, after "There were";

10. The percentage on page 5, line 07, after "That is";

11. The number on page 5, line 15, after "There were";

12. The percentage on page 5, line 17, before "of the loans";

13. The number on page 5, line 25, after "were";

14. The percentage on page 5, line 26, after "That is".

Accordingly, IT IS HEREBY ORDERED that the unredacted versions of the above-listed documents be sealed.

**IT IS SO ORDERED.**

Dated: February ____, 2020

                                                                    _____
                                                                    THE HONORABLE JAMES V. SELNA
                                                                    UNITED STATES DISTRICT JUDGE