UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OTA Franchise Corporation, et al.<br><br>　　　　　　Defendants. | Case No.  20-cv-00287-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL DECLARATIONS OF ERIC LUEDERS AND TIMOTHY P. JOHNSON IN SUPPORT OF APPLICATION TO SEAL PORTIONS OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND DECLARATION OF CONNOR GEIRAN** |

## **PROPOSED ORDER**

　　Applicant Universal Guardian Acceptance LLC (UGA) applied to the Court for an order sealing the Declarations of Eric Lueders and Timothy P. Johnson filed in support of UGA's Application to Seal Portions of Plaintiff's Ex Parte Application for Temporary Restraining Order and Declaration of Connor Geiran on the grounds that said declarations would disclose UGA's confidential business information and are necessary to support UGA's Application to seal portions of Plaintiff's Ex Parte

Application for Temporary Restraining Order and Declaration of Connor Geiran. The Court finds that compelling reasons exist to seal the following documents:

1. The Declaration of Eric Lueders in Support of UGA's Application to Seal Portions of Plaintiff's Ex Parte Application for Temporary Restraining Order and Declaration of Connor Geiran.

2. The Declaration of Timothy P. Johnson in Support of UGA's Application to Seal Portions of Plaintiff's Ex Parte Application for Temporary Restraining Order and Declaration of Connor Geiran.

Accordingly, IT IS HEREBY ORDERED that the unredacted versions of the above-listed documents be sealed.

**IT IS SO ORDERED.**

Dated: February \_\_\_\_, 2020

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE