


Case 8:20-cv-00287-JVS-KES   Document 64   Filed 03/06/20   Page 1 of 2   Page ID #:10279

Wayne W. Call, State Bar No. 56676
  wcall@calljensen.com
Mark L. Eisenhut, State Bar No. 185039
  meisenhut@calljensen.com
William P. Cole, State Bar No. 186772
  wcole@calljensen.com
Chris C. Scheithauer, State Bar No. 184798
  cscheithauer@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000; Fax: (949) 717-3100

Robert Corn-Revere, Washington D.C. Bar No. 375415
(seeking admission *pro hac vice*)
  bobcornrevere@dwt.com
Ronald G. London, Washington D.C. Bar No. 456284
(seeking admission *pro hac vice*)
  ronnielondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Tel: (202) 973-4235; Fax: (202) 973-4425
Attorneys for Defendants OTA Franchise Corporation,
Newport Exchange Holdings, Inc., NEH Services, Inc.,
Eyal Shachar, Samuel R. Seiden and Darren Kimoto

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | Case No.  8:20-cv-00287 JVS (KESx) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR CLARIFICATION OF TEMPORARY RESTRAINING ORDER AND REQUEST FOR PERMISSION TO PAY EMPLOYEES AND TO COLLECT MONEY** |
| vs. | |
| **OTA Franchise Corporation**, et al., | |
| Defendants. | Complaint Filed:   February 12, 2020<br>Trial Date:   None Set |


- 1 -
ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR CLARIFICATION OF TEMPORARY
RESTRAINING ORDER AND REQUEST FOR PERMISSION TO PAY EMPLOYEES AND TO COLLECT MONEY

The Court has considered Defendants OTA Franchise Corporation, Newport Exchange Holdings, Inc., NEH Services, Inc., Eyal Shachar, Samuel R. Seiden, and Darren Kimoto's ("Defendants") *Ex Parte* Application for Clarification of the Temporary Restraining Order and Request for Permission to Pay Employees and to Collect Money (the "Application for Clarification of TRO").

Having considered the Application for Clarification of TRO, and good cause appearing, therefore, the Court ORDERS as follows:

The Court GRANTS in part the Application for Clarification of TRO and ORDERS that while the Court's Temporary Restraining Order with Asset Freeze, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "TRO") is in effect, Defendants OTA Franchise Corporation; Newport Exchange Holdings, Inc.; and NEH Services, Inc. may continue to collect money subject to all asset restrictions once received. They may also pay their employees, other than defendants, their usual current salaries; however, no single payment or aggregate of payments in single a month shall exceed $5,000 without a prior order of the Court. They may also pay for the employer's share of health insurance benefits already in effect.

All other relief is denied.

No later than the 15th day of each month, defendants shall file a listing of payees and the amount each payment authorized herein for the prior month. An officer(s) shall certify the accuracy of the report.

IT IS SO ORDERED.

Dated: March 06, 2020   By: _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE