# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00287JVS(KESx) | Date | March 12, 2020 |
| Title | Federal Trade Commission v. OTA Franchise Corporation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER ON HEARING RE PRELIMINARY INJUNCTION**

On February 25, 2020, the Court granted the Federal Trade Commission's application for a temporary restraining order and order to show cause why a preliminary injunction should not issue enjoining OTA Franchise Corporation *et al.* (collectively "OTA") from engaging in certain activities. (Docket No. 46.) In response to an application, the Court modified the TRO to permit certain additional expenditures ("Modification"). (Docket No. 64.)

The Court heard the order to show cause today and now takes certain interim actions:

In addition to the permitted payments in the Modification, OTA may pay the current rent on any facility regularly used in the business and owned by OTA; the current monthly or other periodic payment paid to independent contractors who serve as regular instructors; utility payments incurred in the ordinary course; and internet services or purchases in the normal course of business; however, no single or aggregate payment in any month to any single payee shall exceed $5,000 without the prior approval of the Court. OTA may submit a list of vendors or individuals to seek prior approval and the basis therefor.

Pursuant to Rule 65(b)(2), the Court finds good cause to extend the TRO until 5:00 p.m. Tuesday March 17, 2020 in view of the fact that the relief granted is likely to substantially reflect the provisions of the TRO.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 20-00287JVS(KESx)                          Date   March 12, 2020

Title   Federal Trade Commission v. OTA Franchise Corporation

                                                                          :      0
                                              Initials of Preparer     lmb