UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>vs.<br><br>OTA Franchise Corporation, et al.<br><br>Defendants. | Case No. 20-cv-00287-JVS-KES<br><br>**ORDER GRANTING REQUEST TO REDACT PORTIONS OF THE COURT REPORTER'S TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION** |

///
///
///
///
///
///
///
///

-1-

# ORDER

Applicant Universal Guardian Acceptance LLC (UGA) applied to the Court for an order requesting that portions of the court reporter's transcript for the hearing of the Preliminary Injunction disclosing UGA's confidential information be redacted. The Court finds that compelling reasons exist to redact the confidential portions of the court reporter's transcript for the hearing of the Preliminary Injunction. Good cause appearing, the application is **GRANTED**.

The specific portions of the court reporter's transcript for the hearing of the Preliminary Injunction to be redacted are as follows:

1. **A number on page 11, line 20, after "only";**
2. **A number on page 12, line 2, before "percent"**
3. **A number on page 36, line 18, after "correct a";**
4. **A number on page 36, line 18, after "become a".**

Accordingly, IT IS HEREBY ORDERED that the unredacted version of the court reporter's transcript for the hearing of the Preliminary Injunction be sealed.

**IT IS SO ORDERED.**

Dated: April 02, 2020

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE