## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00287JVS(KESx) | Date | April 20, 2020 |

| | |
|---|---|
| Title | Federal Trade Commission v. OTA Franchise Corporation |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **[IN CHAMBERS] ORDER ON EX PARTE APPLICATIONS FOR RELEASE OF FROZEN FUNDS [140, 153]**

Having reviewed the defendants' *ex parte* applications for the release of frozen funds (Docket Nos. 140, 153), and the Federal Trade Commission's ("FTC") oppositions, the Court has become concerned whether the release of funds to operate the business (e.g., Docket Nos. 64, p. 2; 130, pp. 13-14) will produce net income to the benefit of the business and potentially injured consumers.  Within seven days, the Court orders defendants to submit a business plan for each of the next six months showing in detail projected income and expenses.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |