| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | MAY 12 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>OTA FRANCHISE CORPORATION, a Nevada corporation; et al.,<br><br>    Defendants-Appellants. | No.   20-55356<br><br>D.C. No. 8:20-cv-00287-JVS-KES<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion (Docket Entry No. 14) of 1,398 Student Amici to file an oversized amicus curiae brief of 8,215 words is granted. The Clerk shall file the brief (Docket Entry No. 12). Fed. R. App. P. 29(a)(2). The remainder of the briefing schedule is unchanged.

tah/5.11.20/Pro Mo