**JS-6/STAYED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | Case No. 8:20-cv-00287 JVS (KESx) |
| Plaintiff, | **ORDER STAYING CASE PENDING ENTRY OF FINAL JUDGMENT** |
| vs. | |
| **OTA Franchise Corporation**, et al., | Complaint Filed: February 12, 2020<br>Trial Date: December 15, 2020 |
| Defendants. | |

Having considered the Notice of Tentative Settlement and Stipulated Request for Order Staying Case Pending Entry of Final Judgment and GOOD CAUSE appearing, the Court orders as follows:

IT IS ORDERED THAT

1. This case is stayed until further Order of the Court.

2. All discovery response deadlines and depositions are stayed pending further Order of the Court.

3. The Court will continue to withhold any further rulings on the pending Order to Show Cause re Receiver (Dkt. # 215), or any other matters.

4. In an effort to prevent the Monitor from incurring any further fees and costs, the Court hereby stays all Monitor obligations, including, without limitation, all monitoring and reporting obligations under the Preliminary Injunction and direct the Monitor to take all steps to cease incurring any further fees or costs until further Order from the Court. All other provisions of the Preliminary Injunction (Dkt. No. 130) will remain in full force and effect until further order of Court. **However, the FTC shall promptly notify the Court of any violations of the Preliminary Injunction**.

5. The FTC's motion for leave to file a First Amended Complaint (Dkt. # 241) is ordered off calendar without prejudice to re-filing at a later date.

6. The Proposed Intervenors Amended Motion to Intervene (Dkt. #235) is ordered off calendar without prejudice to re-filing at a later date.

Dated: June 01, 2020         By: _____
                                 HON. JAMES V. SELNA
                                 UNITED STATES DISTRICT COURT JUDGE