FILED

SEP 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>OTA FRANCHISE CORPORATION, a Nevada corporation; et al.,<br><br>Defendants-Appellants. | No.  20-55356<br><br>D.C. No.<br>8:20-cv-00287-JVS-KES<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 26), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Robert S. Kaiser
Circuit Mediator

rsk/mediation